Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
603 Rose Avenue
Venice, California  90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MELISSA BLEU, *et al*.<br><br>Defendants. | Case No. CV 14-8974-GW(PLAx)<br>*Hon. George H. Wu Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION** |

1

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This Action is dismissed with prejudice; and
2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

SO STIPULATED.

Date: October 1, 2015            By: _____
                                     HON. GEORGE H. WU
                                     UNITED STATES DISTRICT JUDGE

2